```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | D.C. NO. 2-11-MJ-137 GGH |
| | ) | |
| v. | ) | APPLICATION AND ORDER |
| | ) | FOR UNSEALING COMPLAINT |
| ROBERT MATHEW HARPER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 13, 2011, the complaint was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint be unsealed.

DATED: May 13, 2011                     BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:/s/ Samuel Wong
                                           SAMUEL WONG
                                           Assistant U.S. Attorney

<u>ORDER</u>

IT IS SO ORDERED:

DATED: May 13, 2011                     /s/ Edmund F. Brennan
                                        HON. EDMUND F. BRENNAN
                                        U.S. Magistrate Judge