```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ROBERT HARPER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>) <br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT HARPER, )<br>)<br>Defendant. )<br>)<br>_____ ) | Cr.S.11-0233-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: August 4, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

  It is hereby stipulated and agreed to between the United States of America through SAMUEL WONG, Assistant U.S. Attorney, defendant, ROBERT HARPER, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Thursday, June 23, 2011, be continued to Thursday, August 4, 2011, at 9:00 a.m..

  The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

1 | The parties agree that time from the date of this stipulation
2 | through, and including, the date of the status conference on August 4,
3 | 2011, shall be excluded from computation of time within which the trial
4 | of this matter must be commenced under the Speedy Trial Act, pursuant
5 | to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, [reasonable
6 | time for defense counsel to prepare].

DATED: June 13, 2011         Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /s/ Matthew M. Scoble
                             MATTHEW M. SCOBLE
                             Assistant Federal Defender
                             Attorney for Defendant
                             ROBERT HARPER


DATED: June 13, 2011         BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Matthew M. Scoble for
                             SAMUEL WONG
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, June 13, 2011, through and including August 4, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for August 4, 2011, at 9:00 a.m..

IT IS SO ORDERED.

Dated: June 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE