```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ROBERT HARPER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-11-233-MCE |
|               Plaintiff, ) | |
|    v. ) | **STIPULATION AND ORDER;** <br> **CONTINUING STATUS CONFERENCE** <br> **AND EXCLUDING TIME** |
| ROBERT HARPER, ) | Date: November 17, 2011 |
|              Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for ROBERT HARPER, that the status conference hearing date of October 13, 2011 be vacated, and the matter be set for status conference on November 17, 2011 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses, and to continue investigating the facts of the case. These tasks are made more difficult as potential witnesses are located in various parts of the world, including northern and southern California, New York, Ohio, Thailand, and Poland.

1 | The parties agree and stipulate the ends of justice served by the
2 | granting of such a continuance outweigh the best interests of the
3 | public and the defendant in a speedy trial and that time within which
4 | the trial of this case must be commenced under the Speedy Trial Act
5 | should therefore be excluded under 18 U.S.C. section 3161(h)(7)(A) and
6 | (B)(iv), corresponding to Local Code T-4 to allow defense counsel
7 | reasonable time to prepare, from the date of the parties' stipulation,
8 | October 4, 2011, to and including November 17, 2011.  The parties
9 | further stipulate and agree that the failure to grant the requested
10 | continuance in this case would deny counsel for defendant reasonable
11 | time necessary for effective preparation, taking into account the
12 | exercise of due diligence.

DATED: October 6, 2011.                  Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Matthew Scoble
                                         MATTHEW SCOBLE
                                         Designated Counsel for Service
                                         Attorney for ROBERT HARPER


DATED: October 6, 2011.                  BENJAMIN WAGNER
                                         United States Attorney


                                    By:  /s/ Matthew Scoble for
                                         SAMUEL WONG
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN, the Court adopts the stipulation of the parties in its entirety as its Order.  It is ordered that the October 13, 2011, status conference hearing shall be continued to November 17, 2011, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time beginning from the parties' stipulation, October 4, 2011, up to and including the November 17, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: October 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE