DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT HARPER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-cr-00233-MCE |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ROBERT HARPER, ) | |
| Defendant. ) | Date: March 8, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for ROBERT HARPER, that the status conference hearing date of February 9, 2012, be vacated, and the matter be reset for status conference on March 8, 2012 at 9:00 a.m.

   The reason for this continuance is to allow for the preparation of a Pre-Plea Presentence Report.  Due to the case load of the probation department, the Pre-Plea Presentence Report has not been completed.

///

///

1  Both the prosecution and defense believe that a Pre-Plea Presentence
2  Report is well-advised in this case, and that the time taken to prepare
3  such a report will ultimately facilitate a negotiated disposition of
4  the case.  Counsel for defendant, in particular, desires the Pre-Plea
5  Presentence Report as a tool to help advise and explain to his client
6  the ramifications of a guilty plea in this case, and desires additional
7  time of a few weeks after the receipt of the Pre-Plea Presentence
8  Report to meet and confer with his client to discuss the Pre-Plea
9  Presentence Report and any plea offer from the United States that may
10 arise as result of the preparation of the Pre-Plea Presentence Report.

11     The parties agree and stipulate that the Court should find the
12 ends of justice served by the granting of such a continuance outweigh
13 the best interests of the public and the defendant in a speedy trial
14 and that time within which the trial of this case must be commenced
15 under the Speedy Trial Act should therefore be excluded under 18 U.S.C.
16 section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 to
17 allow defense counsel reasonable time to prepare, from the date of the
18 parties' stipulation, February 6, 2012, to and including March 8, 2012.
19 The parties  further stipulate and agree that the Court should
20 find the failure to grant the requested continuance in this case would
21 deny counsel for defendant reasonable time necessary for effective
22 preparation, taking into account the exercise of due diligence.

23 DATED:  February 6, 2012                    Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Public Defender

                                              /s/ Matthew Scoble
                                              MATTHEW SCOBLE
                                              Designated Counsel for Service
                                              Attorney for ROBERT HARPER

DATED: February 6, 2012                     BENJAMIN WAGNER
                                            United States Attorney

                                       By:  /s/ Matthew Scoble for
                                            SAMUEL WONG
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


**ORDER**

UPON GOOD CAUSE SHOWN, the Court adopts the stipulation of the parties in its entirety as its Order.  It is ordered that the February 9, 2012, status conference hearing shall be continued to March 8, 2012, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time beginning from the parties' stipulation, February 6, 2011, up to and including the March 8, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

 Dated: February 7, 2012

                                            _____
                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE