```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT HARPER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br>ROBERT HARPER,                     )<br>                                   )<br>            Defendant.             )<br>_____) | No. 2:11-cr-00233-MCE<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: April 26, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for ROBERT HARPER, that the status conference hearing date of March 29, 2012, be vacated, and the matter be reset for status conference on April 26, 2012 at 9:00 a.m.

The reasons for this continuance is to allow for continued negotiations between the parties.  A Pre-Plea Pre-sentence report will be completed very shortly.  Once the parties have received it and had the opportunity to review it, defense counsel will need additional sufficient time to explain the Pre-Plea Pre-sentence report and the ramifications of any proposed plea agreement to defendant.

1  In addition, the parties will need additional time to meet and confer
2  regarding a negotiated resolution of the case.
3      The parties agree and stipulate that the Court should find the
4  ends of justice served by the granting of such a continuance outweigh
5  the best interests of the public and the defendant in a speedy trial
6  and that time within which the trial of this case must be commenced
7  under the Speedy Trial Act should therefore be excluded under 18 U.S.C.
8  section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 to
9  allow defense counsel reasonable time to prepare, from the date of the
10 parties' stipulation, March 26, 2012, to and including April 26, 2012.
11 The parties further stipulate and agree that the Court should
12 find the failure to grant the requested continuance in this case would
13 deny counsel for defendant reasonable time necessary for effective
14 preparation, taking into account the exercise of due diligence.

DATED: March 26, 2012                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender

                                         /s/ Matthew Scoble
                                         MATTHEW SCOBLE
                                         Designated Counsel for Service
                                         Attorney for ROBERT HARPER

DATED: March 26, 2012                    BENJAMIN WAGNER
                                         United States Attorney

                                     By: /s/ Matthew Scoble for
                                         SAMUEL WONG
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN, the Court adopts the stipulation of the parties in its entirety as its Order. It is ordered that the March 29, 2012, status conference hearing shall be continued to April 26, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties' stipulation, March 26, 2012, up to and including the April 26, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: March 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE