1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW SCOBLE, Bar #237432
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    ROBERT HARPER

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) NO. 2:11-cr-00233-MCE
                                     )
            Plaintiff,               )
12                                   )          **STIPULATION AND ORDER**
        v.                           )      **CONTINUING STATUS CONFERENCE**
13                                   )           **AND EXCLUDING TIME**
    ROBERT HARPER,                   )
14                                   ) Date:  June 21, 2012
            Defendant.               ) Time:  9:00 a.m.
15  _____ ) Judge: Hon. Morrison C. England Jr.

16

17       IT IS HEREBY STIPULATED by and between the parties hereto through

18  their respective counsel, SAMUEL WONG, Assistant United States

19  Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for

20  ROBERT HARPER, that the status conference hearing date of May 24, 2012,

21  be vacated, and the matter be reset for status conference on June 21,

22  2012 at 9:00 a.m.

23       A Pre-Plea Pre-sentence Report has been completed.  The reasons

24  for this continuance is to allow for continued negotiations between the

25  parties and allow defense counsel reasonable time to explain the Pre-

26  Plea Pre-sentence Report to Mr. HARPER.

27  ///

28  ///

1 The parties are now actively negotiating a resolution and additional

2 time will be needed to allow defense counsel time to explain the

3 ramifications of any plea offer to Mr. HARPER.  The parties agree and

4 stipulate that the Court should find the ends of justice served by the

5 granting of such a continuance outweigh the best interests of the

6 public and the defendant in a speedy trial and that time within which

7 the trial of this case must be commenced under the Speedy Trial Act

8 should therefore be excluded under 18 U.S.C. section 3161(h)(7)(A) and

9 (B)(iv), corresponding to Local Code T-4 to allow defense counsel

10 reasonable time to prepare, from the date of the parties' stipulation,

11 May 21, 2012, to and including June 21, 2012.  The parties further

12 stipulate and agree that the Court should find the failure to grant the

13 requested continuance in this case would deny counsel for defendant

14 reasonable time necessary for effective preparation, taking into

15 account the exercise of due diligence.

16 DATED:  May 21, 2012                      Respectfully submitted,

17                                           DANIEL J. BRODERICK

18                                           Federal Public Defender

19

20                                           /s/ Matthew Scoble
                                             MATTHEW SCOBLE

21                                           Designated Counsel for Service
                                             Attorney for ROBERT HARPER

22
   DATED:  May 21, 2012                      BENJAMIN WAGNER

23                                           United States Attorney

24
                                        By:  /s/ Matthew Scoble for

25                                           SAMUEL WONG
                                             Assistant U.S. Attorney

26                                           Attorney for Plaintiff

27

28

2

1

**ORDER**

2    UPON GOOD CAUSE SHOWN, the Court adopts the stipulation of the

3  parties in its entirety as its Order.  It is ordered that the May 24,

4  2012, status conference hearing shall be continued to June 21, 2012, at

5  9:00 a.m.  Based on the representation of defense counsel and good

6  cause appearing there from, the Court hereby finds that the failure to

7  grant a continuance in this case would deny defense counsel reasonable

8  time necessary for effective preparation, taking into account the

9  exercise of due diligence.  The Court finds that the ends of justice to

10  be served by granting a continuance outweigh the best interests of the

11  public and the defendant in a speedy trial.  It is ordered that time

12  beginning from the parties' stipulation, May 21, 2012, up to and

13  including the June 21, 2012, status conference shall be excluded from

14  computation of time within which the trial of this matter must be

15  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §

16  3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel

17  reasonable time to prepare.

18    IT IS SO ORDERED.

19
    Dated: May 29, 2012

20

21  _____

22  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

3